IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Ronald Hayes,<br><br>         Plaintiff,<br><br>v.<br><br>The County of Ramsey and Jeff Allen,<br>Mary Clausen, John Doe Nos. 1-8 all in<br>their individual and official capacities,<br><br>         Defendants. | Case No. 11-2927 RHK/AJB<br><br>**ORDER** |

  IT IS HEREBY ORDERED that Defendants' motion to file Plaintiff's medical records under seal [Docket No. 10] is GRANTED.

Dated: March 28, 2012

              s/Richard H. Kyle
              Richard H. Kyle
              United States District Court